**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: ) | Case No: | 21-12969 |
| Jennifer Moreno ) | | |
| Sophia Cortes-Moreno ) | Chapter: | Chapter 13 |
| ) | | |
| Debtors ) | Judge: | Janet S. Baer |

## NOTICE OF MOTION

TO**:** See attached list

PLEASE TAKE NOTICE that on **July 14, 2023 at 9:30 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in Courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the **MOTION TO WITHDRAW AS ATTORNEY**, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is **160 731 2971** and the passcode is **587656**. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

**By:** */s/ Alex Wilson*
Alex Wilson
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

Rec No. 866602
WD - NOTICE OF MOTION HYBRID

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In Re: | ) | Case No: | 21-12969 |
|---|---|---|---|
| Jennifer Moreno | ) | | |
| Sophia Cortes-Moreno | ) | Chapter: | Chapter 13 |
| | ) | | |
| Debtors | ) | Judge: | Janet S. Baer |

## CERTIFICATE OF SERVICE

I, Alex Wilson, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on June 30, 2023 before 5:30 p.m.

**By:**   */s/ Alex Wilson*
         Alex Wilson

## LIST OF PARTIES SERVED

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL 60532

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Jennifer Moreno & Sophia Cortes-Moreno, 3244 83rd St., Woodrige, IL 60517

ALL CREDITORS ON THE ATTACHED LIST

Jennifer Moreno
Sophia Cortes-Moreno
1511 Westminster Drive #102
Naperville, IL 60563

AAA Insurance
Bankruptcy Dept
1000 AAA Dr
Lake Mary FL 32746

Acceptance Now
Attn: Bankruptcy Dept.
5501 HEADQUARTERS DR
PLANO TX 75024

Advocate Good Samaritan Hospital
Bankruptcy Dept
3815 Highland Ave
Downers Grove IL 60515

Advocate Health Care
Attn: Bankruptcy Dept.
22393 Network Pl.
Chicago IL 60673

AES/MHEAC
Bankruptcy Dept.
1200 N 7th St
Harrisburg PA 17102

American Cash Loans
Bankruptcy
880 Lee St Ste302
Des Plaines IL 60016

Amita Health
Bankruptcy Dept
2601 Navistar Drive Bldg 4, 2nd Flr
Lisle IL 60532

Malcolm S. Gerald and Assoc.
Bankruptcy Dept.
111 W. Washington # 450
Chicago IL 60602

Armor Systems Co.
Bankruptcy Department
1700 Kieffer Dr., Ste. 1
Zion IL 60099

Capital One Auto Finance
Bankruptcy Department
7933 Preston Rd.
Plano TX 75024

AIS Portfolio Services LP
Bankruptcy Department4515 N. Santa Fe Ave Dept APS
Oklahoma City OK 73118

Illinois Corporation Service
Registered Agent For Capital One Auto Finance
Attn: Bankruptcy Department
801 Adlai Stevenson Drive
Springfield IL 62703

Capital One Auto Finance
Bankruptcy Department
PO Box 260848
Plano TX 75026

Capital One Bank USA
Bankruptcy Department
15000 Capital One Drive
Richmond VA 23238

Portfolio Recovery Assoc.
Bankruptcy Dept.
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Capital One Bank Usa N
Attn: Bankruptcy Dept.
PO BOX 31293
SALT LAKE CITY UT 84131

Becket & Lee
Bankruptcy Dept.
PO Box 3001
Malvern PA 19355

Care Credit/Synchrony Financial
Bankruptcy Department
PO Box 960061
Orlando FL 32896

CB INDIGO/GF
Attn: BK Department
PO Box 4499
Beaverton OR 97076

Chase Bank
Bankruptcy Department
PO Box 15298
Wilmington DE 19850

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

City of Maywood
PO Box 35131
Seattle WA 98124

Linebarger Goggan Blair & Sampson, LLP
Bankruptcy Dept.
233 South Wacker Drive Ste 4030
Chicago IL 60606

City of Naperville
Bankruptcy Department
400 S. Eagle St.
PO Box 3020
Naperville IL 60566-7020

Commonwealth Edison
Attn: System Credit/BK Dept
3 Lincoln Center 4th Floor
Oakbrook Terrace IL 60181

Computer Credit Inc.
Bankruptcy Department
PO Box 5238
Winston Salem NC 27113

Contract Callers Inc.
Bankruptcy Department
PO Box 212609
Augusta GA 30917

Credit Collection Services
Bankruptcy Department
Two Wells Ave., Dept. 7249
Newton MA 02459

Geico Insurance
Bankruptcy Dept.
1 Geico Plaza
Washington DC 20046

David Felgenhauer DDS
1999 W 75th St Ste 101
Woodridge IL 60517

DuPage Emergency Physicians
Bankruptcyu Dept
900 Oakmont Lane
Westmont IL 60559

DuPage Medical Group
Bankruptcy Department
135 S. LaSalle, Dept. 1860
Chicago IL 60674

DuPage Valley Anesthesiologist
Bankruptcy Department
185 Penny Ave.
East Dundee IL 60118

Edward Health Ventures
Bankruptcy Department
Dept. 77-3471
Chicago IL 60678

Edward Hospital
Attn: Bankruptcy Department
801 S. Washington st.
Naperville IL 60566

Evergreen Services
PO Box 834
Lac Du Flambeau WI 54538

First Premier Bank
Bankruptcy Department
PO Box 5524
Sioux Falls SD 57117

Harvard Collection Services
Bankruptcy Department
4839 N. Elston Ave.
Chicago IL 60630

Huntington National Bank
C/o TCF Bank
PO Box 2059
Columbus OH 43216

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603

Illinois Department of Revenue
Bankruptcy Department
PO Box 19035
Springfield IL 62794

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

Insight Centers
Attn: Bankrutpcy Dept.
333 N Michigan Ave
Chicago IL 60601

Integrated Imaging Consultants
PO Box 776814
Chicago IL 60677

Joliet Oncology - Hematology
Attn: Bankruptcy Department
2420 Glenwood Avenue
Joliet IL 60435

Kohl's/Capital One
Bankruptcy Department
PO Box 3115
Milwaukee WI 53201

LVNV Funding
Bankruptcy Department
PO Box 10497
Greenville SC 29603

Mason
C/o Creditors Bankruptcy Service
PO BOX 800849
Dallas TX 75380

Mdg Us Inc/Capital Com
Attn: Bankruptcy Dept.
3422 OLD CAPITOL TRL # P
WILMINGTON DE 19808

Medical Business Bureau
Bankruptcy Department
PO Box 1219
Park Ridge IL 60068

Merchants Credit Guide Co.
Bankruptcy Department
223 W. Jackson Blvd., Ste. 900
Chicago IL 60606

Merrick Bank
Bankruptcy Department
PO Box 9201
Old Bethpage NY 11804

Midwest Diagnostic Pathology
Bankruptcy Department
75 Remittance Dr., Ste. 3070
Chicago IL 60675

Midwest Orthopaedic Consultant
Bankruptcy Department
10719 W. 160th St.
Orland Park IL 60467

MoneyLion DBA Lion Loans
Bankruptcy Dept
PO Box 1547
Sandy UT 84091

National Credit Audit Corp.
Bankruptcy Department
PO Box 515489
Dallas TX 75251

Navient
Bankruptcy Dept
PO Box 9635
Wilkes-Barre PA 18773

Nicor Gas
Bankruptcy Department
PO Box 549
Aurora IL 60507

Harris & Harris, LTD
Bankruptcy Dept.
111 W Jackson Blvd Suite 400
Chicago IL 60604

OP West Suburban Eye Associates
1 Erie Ct
Ste 6140
Oak Park IL 60302

Opp Loans
Attn: Bankruptcy Dept.
130 E RANDOLPH ST STE 34
CHICAGO IL 60601

PayPal Credit
Bankruptcy Department
PO Box 71202
Charlotte NC 28272

Plainfield Surgery Center
24600 W 127th St Bldg C
Plainfield IL 60585

PNC Bank
Bankruptcy Dept
222 Delaware Avenue
Wilmington DE 19899

Portfolio Recov Assoc
Attn: Bankruptcy Dept.
150 CORPORATE BLVD
NORFOLK VA 23502

Premier Bank
Bankruptcy Department
PO Box 5147
Sioux Falls SD 57117

Jefferson Capital Systems
Bankruptcy Dept.
16 McLeland Road
St. Cloud MN 56303

Professional Recovery Consult.
Bankruptcy Department
2700 Meridian Pkwy., Ste. 200
Durham NC 27713

Quantum3 Group
Bankrputcy Department
PO Box 788
Kirkland WA 98083

RMP, LLC
Bankruptcy Dept
PO Box 20636
Indianapolis IN 46220

Seventh Avenue
Attn: Bankruptcy Dept.
1112 7th Ave. Box 2804
Monroe WI 53566

Sprint
Bankruptcy Dept.
PO Box 7949
Overland Park KS 66207

T-Mobile
Bankruptcy Department
PO Box 742596
Cincinnati OH 45274-2596

TBOM/Contfin
Attn:  Bankruptcy Dept
4550 New Linden Hill Rd
Wilmington DE 19808

Transworld Systems
Bankruptcy Dept
500 Virginia Dr Ste 514
Ft Washington PA 19034

Upgrade Inc
Attn: Bankruptcy Dept.
275 BATTERY ST FL 23
SAN FRANCISCO CA 94111

Village of Bellwood
Attn: Bankruptcy Dept.
3200 Washington Blvd.
Bellwood IL 60104

Village of Franklin Park
Attn: Bankruptcy Department
9545 W. Belmont
Franklin Par IL 60131

Village of Hillside
Bankruptcy Dept
425 Hillside Ave
Hillside IL 60162

Village of Schiller Park
Bankruptcy Dept
9526 W. Irving park Rd
Schiller Park IL 60176

WebBank/fingerhut
Bankruptcy Department
215 S. State St., Ste. 1000
Salt Lake City UT 84111

Weiss Memorial Hospital
Attn: Bankruptcy Department
4646 North Marine Dr.
Chicago IL 60640

West Suburban Hospital
Attn: Bankruptcy Department
PO Box 4746
Carol Stream IL 60197-4746

Xfinity
Bankruptcy Dept
8400 W Tidwell Rd
Houston TX 77040

Zebit
True Accord
16011 College Blvd Suite 130
Lenexa KS 66219

# IN THE UNITED STATES OF BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 21-12969 |
| Jennifer Moreno | ) | | |
| Sophia Cortes-Moreno | ) | Chapter: | Chapter 13 |
| Debtors, | ) | | |
| | ) | Judge: | Janet S. Baer |

## MOTION TO WITHDRAW AS ATTORNEY

Geraci Law L.L.C., attorney for the Debtors, in support of Motion to Withdraw as Attorney pursuant to Local Bankruptcy Rule 2091-1, state to the Court as follows:

1. The court has jurisdiction over this proceeding under 28 U.S.C. Section 1334(b).

2. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(A).

3. The Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on 11/12/2021.

4. Irreconcilable differences have arisen between attorney and the Debtors, rendering further representation impossible.

WHEREFORE, attorney requests that the Court enter an order allowing attorney to withdraw from this case, and grant attorney such relief as is just and proper.

Respectfully submitted,

*/s/ Alex Wilson*
Alex Wilson

**Attorneys for the Debtors**
Alex Wilson
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800     (Fax): 877.247.1960