Form G-3

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**DEC 27, 2023**
**JEFFREY P. ALLSTEADT, CLERK**

| | | |
|---|---|---|
| In re: Jennifer Moreno & Sophia Cortes-Moreno | ) ) ) ) ) ) | Chapter 13<br><br>No. 21-12969<br><br>Judge Janet S. Baer |
| Debtor(s) | | |

## NOTICE OF MOTION

TO: See attached list

     PLEASE TAKE NOTICE that on __January 12, 2024__, at __9:45am__, I will appear before the Honorable __Janet S. Baer__, or any judge sitting in that judge's place, either in courtroom __615__ of the __Everett McKinley Dirksen United States Courthouse__, __219 S. Dearborn Street, Chicago, IL 60604__, **or electronically as described below**, and present the motion of __Amendment_____[to/for] amend plan and deter default_____, a copy of which is attached.

     All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.

     You may appear electronically by video or by telephone.

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

     **Meeting ID and passcode.** The meeting ID for this hearing is __160-731-2971__, and the passcode is __587656__. The meeting ID and passcode can also be found on the judge's page on the court's web site.

     **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: Jennifer Moreno & Sophia Cortes-Moreno

Signature: _[signed]_

Jennifer Moreno & Sophia Cortes-Moreno
3244 83rd Street
Woodridge, IL 60517
★ 773.310.5366 ★
morenojen84@gmail.com

## CERTIFICATE OF SERVICE

    I, <u>Jennifer & Sophia Cortes-Moreno</u>, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on <u>December 22, 2024</u>, at <u>12:00 PM</u>.

_____
[Signature]

```
Label Matrix for local noticing          Capital One Auto Finance, a division of Capi   U.S. Bankruptcy Court
0752-1                                   4515 N Santa Fe Ave. Dept. APS                 Eastern Division
Case 21-12969                            Oklahoma City, OK 73118-7901                   219 S Dearborn
Northern District of Illinois                                                           7th Floor
Eastern Division                                                                        Chicago, IL 60604-1702
Mon Dec 18 14:10:24 CST 2023

AAA Insurance                            AES/MHEAC                                      AIS Portfolio Services LP
Bankruptcy Dept                          Bankruptcy Dept.                               4515 N. Santa Fe Ave Dept APS
1000 AAA Dr                              1200 N 7th St                                  Oklahoma City,OK 73118-7901
Lake Mary,FL 32746-5060                  Harrisburg,PA 17102-1419


Acceptance Now                           Advocate Good Samaritan Hospital               Advocate Health Care
Attn: Bankruptcy Dept.                   Bankruptcy Dept                                Attn: Bankruptcy Dept.
5501 HEADQUARTERS DR                     3815 Highland Ave                              22393 Network Pl.
PLANO,TX 75024-5837                      Downers Grove,IL 60515-1500                    Chicago,IL 60673-1223


American Cash Loans                      Amita Health                                   Armor Systems Co.
Bankruptcy                               Bankruptcy Dept                                Bankruptcy Department
880 Lee St Ste302                        2601 Navistar Drive Bldg 4, 2nd Flr            1700 Kieffer Dr., Ste. 1
Des Plaines,IL 60016-6487                Lisle,IL 60532-3697                            Zion,IL 60099-5105


Arnold Scott Harris PC                   (p)ASCENDIUM EDUCATION SOLUTIONS INC           Becket & Lee
Bankruptcy Dept.                         38 Buttonwood Court                            Bankruptcy Dept.
111 W Jackson Blvd Ste 600               MADISON, WI 53718-2156                         PO Box 3001
Chicago,IL 60604-3517                                                                   Malvern,PA 19355-0701


Brandon S. Lefkowitz                     CB INDIGO/GF                                   COMCAST
29777 Telegraph Road, Suite 2440         Attn:  BK Department                           PO BOX 1931
Southfield, MI 48034-7667                PO Box 4499                                    Burlingame, CA 94011-1931
                                         Beaverton,OR 97076-4499


Capital One Auto Finance                 Capital One Auto Finance                       Capital One Auto Finance, a division of
Bankruptcy Department                    Bankruptcy Department                          AIS Portfolio Services, LP
7933 Preston Rd.                         PO Box 260848                                  4515 N Santa Fe Ave. Dept. APS
Plano,TX 75024-2302                      Plano,TX 75026-0848                            Oklahoma City, OK 73118-7901


(p)CAPITAL ONE                           Capital One Bank Usa N                         Care Credit/Synchrony Financial
PO BOX 30285                             Attn: Bankruptcy Dept.                         Bankruptcy Department
SALT LAKE CITY UT 84130-0285             PO BOX 31293                                   PO Box 960061
                                         SALT LAKE CITY,UT 84131-0293                   Orlando,FL 32896-0061


(p)JPMORGAN CHASE BANK  N A              (p)CHICAGO DEPARTMENT OF LAW                   City of Maywood
BANKRUPTCY MAIL INTAKE TEAM              ATTN BANKRUPTCY UNIT                           PO Box 35131
700 KANSAS LANE FLOOR 01                 121 N LASALLE ST SUITE 400                     Seattle,WA 98124-5131
MONROE LA 71203-4774                     CHICAGO IL 60602-1264


City of Naperville                       Commonwealth Edison                            Commonwealth Edison Company
Bankruptcy Department                    Attn: System Credit/BK Dept                    Bankruptcy Department
400 S. Eagle St.                         3 Lincoln Center 4th Floor                     1919 Swift Drive
PO Box 3020                              Oakbrook Terrace,IL 60181-4204                 Oakbrook, IL 60523-1502
Naperville,IL 60566-7020
```

Computer Credit Inc.
Bankruptcy Department
PO Box 5238
Winston Salem, NC 27113-5238

Contract Callers Inc.
Bankruptcy Department
PO Box 212609
Augusta, GA 30917-2609

Credit Collection Services
Bankruptcy Department
Two Wells Ave., Dept. 7249
Newton, MA 02459-3225

David Felgenhauer DDS
1999 W 75th St Ste 101
Woodridge, IL 60517-2666

David Felgenhauer DDS
c/o Collection Professionals Inc.
P.O. Box 416
LaSalle, IL 61301-0416

DuPage Emergency Physicians
Bankruptcyu Dept
900 Oakmont Lane
Westmont, IL 60559-5573

DuPage Medical Group
Bankruptcy Department
135 S. LaSalle, Dept. 1860
Chicago, IL 60674-1207

DuPage Valley Anesthesiologist
Bankruptcy Department
185 Penny Ave.
East Dundee, IL 60118-1454

Edward Health Ventures
Bankruptcy Department
Dept. 77-3471
Chicago, IL 60678-0001

Edward Hospital
Attn: Bankruptcy Department
801 S. Washington st.
Naperville, IL 60540-7499

(p)EQUIFAX INC
1550 Peachtree Street NE
Atlanta, GA 30309

(p)EVERGREEN SERVICES
PO BOX 834
LAC DU FLAMBEAU WI 54538-0834

Experian
Attn: Bankruptcy Dept.
Po Box 2002
Allen, Tx 75013-2002

First Premier Bank
Bankruptcy Department
PO Box 5524
Sioux Falls, SD 57117-5524

Geico Insurance
Bankruptcy Dept.
1 Geico Plaza
Washington DC, 20046

Harris & Harris, LTD
Bankruptcy Dept.
111 W Jackson Blvd
Suite 400
Chicago, IL 60604-4135

Harvard Collection Services
Bankruptcy Department
4839 N. Elston Ave.
Chicago, IL 60630-2534

Huntington National Bank
C/o TCF Bank
PO Box 2059
Columbus, OH 43216-2059

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago, IL 60603-2804

IDES
P.O. Box 4385
Chicago, IL 60680-4385

Illinois Corporation Service
Registered Agent for
Capital One Auto Finance
801 Adlai Stevenson Drive
Springfield, IL 62703-4261

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 19035
SPRINGFIELD IL 62794-9035

Illinois State Toll Hwy Auth
2700 Ogden Ave
Downers Grove, IL 60515-1703

Insight Centers
Attn: Bankrutpcy Dept.
333 N Michigan Ave
Chicago, IL 60601-3994

Integrated Imaging Consultants
PO Box 776814
Chicago, IL 60677-6814

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Joliet Oncology - Hematology
Attn: Bankruptcy Department
2420 Glenwood Avenue
Joliet, IL 60435-5575

Kohl's
Peritus Portfolio Services II, LLC
PO BOX 141509
IRVING, TX 75014-1509

Kohl's/Capital One
Bankruptcy Department
PO Box 3115
Milwaukee, WI 53201-3115

LVNV Funding
Bankruptcy Department
PO Box 10497
Greenville, SC 29603-0497

```
LVNV Funding, LLC                    Linebarger Goggan Blair & Sampson, LLP    MDG USA Inc
Resurgent Capital Services           Bankruptcy Dept.                           3422 Old Capital Trail PMB# 1993
PO Box 10587                         233 South Wacker Drive Ste 4030            Wilmington DE 19808-6124
Greenville, SC 29603-0587            Chicago, IL 60606-6379


MERRICK BANK                         Malcolm S. Gerald and Assoc.               Mason
Resurgent Capital Services           Bankruptcy Dept.                           C/o Creditors Bankruptcy Service
PO Box 10368                         111 W. Washington # 450                    PO BOX 800849
Greenville, SC 29603-0368            Chicago, IL 60602-2817                     Dallas, TX 75380-0849


Mdg Us Inc/Capital Com               (p)MEDICAL BUSINESS BUREAU  LLC            Merchants Credit Guide Co.
Attn: Bankruptcy Dept.               1460 RENAISSANCE DR                        Bankruptcy Department
3422 OLD CAPITOL TRL # P             SUITE 400                                  223 W. Jackson Blvd., Ste. 900
WILMINGTON, DE 19808-6124            PARK RIDGE IL 60068-1349                   Chicago, IL 60606-6912


Merrick Bank                         Midwest Diagnostic Pathology               Midwest Orthopaedic Consultant
Bankruptcy Department                Bankruptcy Department                      Bankruptcy Department
PO Box 9201                          75 Remittance Dr., Ste. 3070               10719 W. 160th St.
Old Bethpage, NY 11804-9001          Chicago, IL 60675-3070                     Orland Park, IL 60467-5541


MoneyLion DBA Lion Loans             NPRTO Illinois, LLC                        National Credit Audit Corp.
Bankruptcy Dept                      256 West Data Drive                        Bankruptcy Department
PO Box 1547                          Draper, UT 84020-2315                      PO Box 515489
Sandy, UT 84091-1547                                                            Dallas, TX 75251-5489


Navient                              Navient Solutions, LLC. on behalf of       Nicor Gas
Bankruptcy Dept                      Department of Education Loan Services      Bankruptcy Department
PO Box 9635                          PO BOX 9635                                PO Box 549
Wilkes-Barre, PA 18773-9635          Wilkes-Barre, PA 18773-9635                Aurora, IL 60507-0549


OP West Suburban Eye Associates      One Advantage LLC                          Opp Loans
1 Erie Ct                            7789 BW 48th St Ste 330                    Attn: Bankruptcy Dept.
Ste 6140                             Doral, FL 33166                            130 E RANDOLPH ST STE 34
Oak Park, IL 60302-2510                                                         CHICAGO, IL 60601-6207


Opportunity Financial, LLC           (p)PNC BANK RETAIL LENDING                 PayPal Credit
130 E. Randolph Street               P O BOX 94982                              Bankruptcy Department
Suite 3400                           CLEVELAND OH 44101-4982                    PO Box 71202
Chicago, IL 60601-6379                                                          Charlotte, NC 28272-1202


Pink Dogwood 13, LLC                 Plainfield Surgery Center                  Portfolio Recov Assoc
PO BOX 1931                          24600 W 127th St Bldg C                    Attn: Bankruptcy Dept.
Burlingame, CA 94011-1931            Plainfield, IL 60585-9530                  150 CORPORATE BLVD
                                                                                NORFOLK, VA 23502-4952


(p)PORTFOLIO RECOVERY ASSOCIATES LLC Premier Bank                               (p)PROFESSIONAL RECOVERY CONSULTANTS INC
PO BOX 41067                         Bankruptcy Department                      2700 MERIDIAN PARKWAY
NORFOLK VA 23541-1067                PO Box 5147                                 SUITE 200
                                     Sioux Falls, SD 57117-5147                 DURHAM NC 27713-2450
```

| | | |
|---|---|---|
| Quantum3 Group<br>Bankrputcy Department<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Cognical Holdings Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| RMP, LLC<br>Bankruptcy Dept<br>PO Box 20636<br>Indianapolis, IN 46220-0636 | Seventh Avenue<br>Attn: Bankruptcy Dept.<br>1112 7th Ave. Box 2804<br>Monroe, WI 53566-1364 | Speedy/Rapid Cash<br>P.O. Box 780408<br>Wichita, KS 67278-0408 |
| Spring Oaks Capital SPV, LLC<br>PO BOX 1216<br>Chesapeake, VA 23327-1216 | (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| (p)CONTINENTAL FINANCE COMPANY<br>PO BOX 3220<br>BUFFALO NY 14240-3220 | The Huntington National Bank<br>PO BOX 89424<br>Cleveland, OH 44101-6424 | The Illinois Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 |
| Transunion<br>Attn: Bankruptcy Dept.<br>Po Box 1000<br>Chester, Pa 19016-1000 | Transworld Systems<br>Bankruptcy Dept<br>500 Virginia Dr Ste 514<br>Ft Washington, PA 19034-2733 | United Credit Services Inc<br>PO Box 740<br>Elkhorn, WI 53121-0740 |
| (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 | Village of Bellwood<br>Attn: Bankruptcy Dept.<br>3200 Washington Blvd.<br>Bellwood, IL 60104-1984 | Village of Franklin Park<br>Attn: Bankruptcy Department<br>9545 W. Belmont<br>Franklin Par, IL 60131 |
| Village of Hillside<br>Bankruptcy Dept<br>425 Hillside Ave<br>Hillside, IL 60162-1215 | Village of Schiller Park<br>Bankruptcy Dept<br>9526 W. Irving park Rd<br>Schiller Park, IL 60176-1924 | WebBank/fingerhut<br>Bankruptcy Department<br>215 S. State St., Ste. 1000<br>Salt Lake City, UT 84111-2336 |
| Weiss Memorial Hospital<br>Attn: Bankruptcy Department<br>4646 North Marine Dr.<br>Chicago, IL 60640-5759 | West Suburban Hospital<br>Attn: Bankruptcy Department<br>PO Box 4746<br>Carol Stream, IL 60197-4746 | Xfinity<br>Bankruptcy Dept<br>8400 W Tidwell Rd<br>Houston, TX 77040-5568 |
| Zebit<br>True Accord<br>16011 College Blvd Suite 130<br>Lenexa, KS 66219-9877 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 | Jennifer Moreno<br>3244 83rd Street<br>Woodridge, IL 60517-3634 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Sophia Cortes-Moreno<br>3244 83rd Street<br>Woodridge, IL 60517-3634 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ascendium Education Solutions, Inc
PO Box 8961
Madison WI  53708-8961

Capital One Bank USA
Bankruptcy Department
15000 Capital One Drive
Richmond,VA 23238

Chase Bank
Bankruptcy Department
PO Box 15298
Wilmington,DE 19850

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago,IL 60602

(d)City of Chicago Department of Finance
Chicago Dept. of Law Bankruptcy
121 N Lasalle St. Suite 400
Chicago IL.60602

Equifax
Attn: Bankruptcy Dept.
Po Box 740241
Atlanta,Ga 30374

Evergreen Services
PO Box 834
Lac Du Flambeau,WI 54538

Illinois Department of Revenue
Bankruptcy Department
PO Box 19035
Springfield,IL 62794

(d)Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Jefferson Capital Systems
Bankruptcy Dept.
16 McLeland Road
St. Cloud,MN 56303

Medical Business Bureau
Bankruptcy Department
PO Box 1219
Park Ridge,IL 60068

PNC Bank
Bankruptcy Dept
222 Delaware Avenue
Wilmington,DE 19899

Portfolio Recovery Assoc.
Bankruptcy Dept.
120 Corporate Blvd., Ste. 100
Norfolk,VA 23502

(d)Portfolio Recovery Associates, LLC
c/o CAPITAL ONE BANK (USA), N.A.
POB 41067
Norfolk, VA 23541

Professional Recovery Consult.
Bankruptcy Department
2700 Meridian Pkwy., Ste. 200
Durham,NC 27713

Sprint
Bankruptcy Dept.
PO Box 7949
Overland Park,KS 66207

T-Mobile
Bankruptcy Department
PO Box 742596
Cincinnati,OH 45274-2596

TBOM/Contfin
Attn:  Bankruptcy Dept
4550 New Linden Hill Rd
Wilmington,DE 19808

Upgrade Inc
Attn: Bankruptcy Dept.
275 BATTERY ST FL 23
SAN FRANCISCO,CA 94111

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One Auto Finance, a division of Ca
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)Mason
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

End of Label Matrix
Mailable recipients    118
Bypassed recipients      2
Total                  120

**FILED**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**DEC 27, 2023**

**JEFFREY P. ALLSTEADT, CLERK**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: Jennifer Moreno & Sophia Cortés-Moreno

Case No.: 21-12969

Judge: Janet S. Baer

Chapter: 13

, Debtor(s)

## MOTION TO AMEND PLAN AND DEFER DEFAULT

NOW COMES DEBTOR Jennifer Moreno & Sophia Cortés-Moreno, pro se, seeking entry of an order modifying the plan post-confirmation. In support of the motion, Debtor moves as follows:

1. On 11/12/2021, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Court confirmed the Debtor's Chapter 13 plan on 02/18/22. The plan as confirmed provided for monthly payments of $1,800.00, for 60 months, with unsecured creditors receiving 100 % of their timely filed, or allowed claims.

3. The reason why Debtor needs to modify plan are as follows:

Jennifer Moreno is no longer able to work full-time and Sophia Cortés Moreno only works 20 hrs per week. Current expenses now include personal health insurance payments and increase in rent without same yearly income. Disability and health concerns for both debtors will continue to cause impairment.

4. Attached is a copy of Debtor's proposed Amended Plan.

**WHEREFORE**, Debtor requests that this Court enter an order modifying the Chapter 13 plan post-confirmation pursuant to 11 U.S.C. § 1329.

Respectfully submitted,

_____
Debtor, pro se

In Re:

Jennifer Moreno & Sophia Cortes-Moreno (Debtors)

Chapter 13
No: 21-12969
Judge Janet S. Baer

Debtor's Proposed Amendment Plan:

Jennifer Moreno & Sophia Cortes-Moreno ask that the Ch. 13 plan be amended with lower payments. With our current financial and health situation(s), the debtors request Your Honor to lower Ch. 13 monthly payment plans to no more than $700-800 per month.

Please see attached Schedule I & J with our income and expenses. We have also included recent paycheck stubs for verification.

signature: [signatures]